JPML FORM 1A                           DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 283 -- IN RE AIR CRASH DISASTER AT TAIPEI INTERNATIONAL AIRPORT ON JULY 13, 1975

| Date | No. Code | Defendant Far Eastern Air Transport Corp. |
|---|---|---|
| 11/5/76 | 1. | MOTION w/SUPPORTING AFFIDAVIT -- Exhibhit A of 5 actions pending in 5 different districts, Exhibit B containing complaints in each involved action and certificate of service on involved counsel and clerks. REQUESTED TRANSFEREE FORUM: D. District of Columbia |
| 11/17/76 | | APPEARANCEs -- Marc S. Moller, Esquire for Catherine M. Donahue   Geoffry D. C. Best, Esquire for Far Eastern Air Transport Corp. |
| 11/22/76 | 2. | RESPONSE -- CATHERINE M. DONAHUE w/ cert. of service |
| 11/30/76 | 3 | RESPONSE -- FAR EASTERN AIR TRANSPORT CORP. w/cert. of service |
| 12/21/76 | | HEARING ORDER -- Setting A-1 through A-5 for hearing Jan 28, 1977, Miami, Florida |
| 6/30/77 | | CONSENT -- from Chief Judge Bryant for Judge Waddy to handle litigation in the District of Columbia under 28 U.S.C. §1407 |
| 6/30/77 | | OPINION & ORDER -- transfering A-1, A-2, A-3 and A-4 to the District of Columbia, for assignment to Judge Joseph C. Waddy under See 28 U.S.C. §1407 with a related action A-5 -- Notified involved Judges, Clerks and Counsel |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 283 -- IN RE AIR CRASH DISASTER AT TAIPEI INTERNATIONAL AIRPORT ON JULY 13, 1975

| Date | Ref. | Pleading Description |
|---|---|---|
| 78/08/_ | | Reassignment to William B. Bryant. |
| 80/01/11 | | SUGGESTION FOR REMAND (A-3) Donahue, etc. v. Far Eastern Transport Corp., etc., D.D.C., C.A. No. 77-1145 -- Signed by Judge William Bryant (cds) |
| 80/01/11 | | ORDER TO SHOW CAUSE (REMAND) (A-3) Donahue, etc. v. Far Eastern Air Transport Corp, a/k/a Yuan Tung Aeronautic Co., D.D.C., C.A. No. 77-1145 (C.D.Cal., C.A. No. 76Civ.2323-WMB) -- Notified involved counsel (cds) |
| 80/01/30 | 4 | LETTER -- Regarding Appeal and request to stay 1/11/80 Show Cause Order -- TIME Extended to respond until 15 days after appeal is decided -- notified counsel (rew) |
| 81/10/14 | | ORDER -- (denying remand and vacating show cause order) A-3 Catherine M. Donahue, etc. v. Far Eastern T̶r̶ Air Transport Corp., a/k/a Yuan Tung Aeronautic Co., D.D.C., C.A. No. 77-1145 (C.D. California, C.A. No. CV76-2323-WMB). Notified involved clerks, judges and counsel.(d̶s) |

DOCKET NO. __283__ -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE AIR CRASH DISASTER AT TAIPEI INTERNATIONAL AIRPORT ON JULY 31, 1975

## Summary of Panel Actions

Date(s) of Hearing(s) __1/28/77__

Consolidation Ordered __6/30/77__     Consolidation Denied _____

Opinion and/or Order _____

Citation _____

Transferee District __Dist. of Columbia__     Transferee Judge __William M. Bryant__ ~~Joseph C. Waddy~~

MISC NO. 77-0147

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Catherine M. Donahue, etc. v. Far Eastern Air Transport Corp., a/k/a Yuan Tung Aeronautic Co. | Guam DUENAS | 76 Civ.0031 | 6/30/77 | 77-1143 | 11/16/78 | |
| A-2 | Catherine M. Donahue, etc. v. Far Eastern Air Transport Corp., a/k/a Yuan Tung Aeronautic Co. | Hawaii WONG | 76 Civ.0262 | 6/30/77 | 77-1144 | 11/16/78 | |
| A-3 | Catherine M. Donahue, etc. v. Far Eastern Air Transport Corp., a/k/a Yuan Tung Aeronautic Co. | C.D.Cal. BYRNE | 76 Civ.2323 WMB 6/30/77 | | 77-1145 | 8/25/81 D | |
| A-4 | Catherine M. Donahue, etc. v. Far Eastern Air Transport Corp., a/k/a Yuan Tung Aeronautic Co. | S.D.N.Y. PIERCE | 76 Civ.3100 | 6/30/77 | 77-1146 | 11/16/78 | |
| A-5 | Catherine M. Donahue, etc. v. Far Eastern Air Transport Corp., a/k/a Yuan Tung Aeronautic Co. | D.D.C. WADDY | 76-1333 | | | 11/16/78 | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 283   --   IN RE AIR CRASH DISASTER AT TAIPEI INTERNATIONAL AIRPORT

ON JULY 31, 1975

---

CATHERINE M. DONAHUE (A-1 thru A-5)
Marc S. Moller, Esquire
Kreindler & Kreindler
99 Park Avenue
New York, New York  10016

FAR EASTERN AIR TRANSPORT CORP.
a/k/a YUAN TUNG AERONAUTIC CO.
Geoffry D. C. Best, Esquire
LeBoeuf, Lamb, Leiby
   & MacRae
140 Broadway
New York, New York  10005